---

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
April 29, 2015

---

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Attorneys for Defendant, Kristian D. Hicks

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>KRISTIAN D. HICKS and<br>DEBRA A. HICKS,<br><br>    Debtors.<br>_____<br><br>LARRY V. KEEVER, individually, and doing business as STATE FARM INSURANCE,<br><br>    Plaintiff,<br>v.<br><br>DEBRA A. HICKS, an individual; KRISTIAN D. HICKS, an individual; DOES I through X, and ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>    Defendants. | Case No.: BK-S-14-16365-btb<br>Chapter 7<br><br>Adv. No. 14-01175-btb<br><br>**ORDER GRANTING MOTION TO DISMISS CLAIMS ASSERTED IN COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBT ASSERTED AGAINST DEFENDANT KRISTIAN D. HICKS**<br><br>Date: April 21, 2015<br>Time: 11:00 a.m. |

Kristian D. Hicks (the "<u>Defendant</u>") having filed his *Motion to Dismiss Claims Asserted in Complaint Objecting to Dischargeability of Debt Asserted Against Defendant Kristian D. Hicks* (the "<u>Motion</u>") [ECF No. 8][1]; the Motion having come on for hearing before the above-captioned Court; all appearances having been noted on the record; the Court having reviewed the Motion and the other pleadings on file related thereto, and having heard and considered the arguments of counsel at the time of the hearing; the Court having stated its ruling on record at the hearing on the Motion, which is incorporated herein in accordance with Fed. R. Civ. P. 52, as made applicable by Fed. R. Bankr. P. 7052, and good cause appearing therefor,

**IT IS HEREBY ORDERED**:

1. The Motion is GRANTED in it is entirety; and

2. The Defendant, Kristian D. Hicks, is hereby DISMISSED as a party in the above-referenced adversary proceeding.

**IT IS SO ORDERED.**

| PREPARED AND SUBMITTED: | APPROVED / DISAPPROVED: |
|---|---|
| LARSON & ZIRZOW, LLC | PRINCE KEATING |
| By: /s/ Zachariah Larson | By: No Response. |
| ZACHARIAH LARSON, ESQ. | DENNIS M. PRINCE, ESQ. |
| Nevada Bar No. 7787 | Nevada Bar No. 5096 |
| MATTHEW C. ZIRZOW, ESQ. | CHRISTINA M. MAMER, ESQ. |
| Nevada Bar No. 7222 | Nevada Bar No. 13181 |
| 810 S. Casino Center Blvd. # 101 | 9130 W. Russell Road, Ste. 200 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89148 |
| Attorneys for Defendant, Kristian D. Hicks | Attorneys for Plaintiff, Larry V. Keever |

. . .

. . .

. . .

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Motion.

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Dennis M. Prince, Esq./Christina M. Mamer, Esq.: No response.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

### # # #